UNITED STATES DISTRICT COURT
INDIANAPOLIS DIVISION

**FILED**
**01/05/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

ANTONIO TERREALL SIMS
DETAINEE-PLAINTIFF

VS.

MARION CO. SHERIFF
ADULT DETENTION CENTER
695 JUSTICE WAY
INDIANAPOLIS, IN 46203
CUSTODY-DEFENDANT

EVIDENTIARY HEARING REQUESTED

CIVIL NO. 1:23-cv-045-JMS-MG
TO BE SUPPLIED BY CLERK

EMG. DETENTION HEARING REQUESTED

**VERIFIED PETITION FOR WRIT OF LIBERTY/HABEAS CORPUS UNDER SUITE US 28 U.S. 2241 PRE-TRIAL HABEAS**

COMES NOW THEE DETAINEE ANTONIO TERREAL SIMS (BOOKING# 2225528) PRO-SE PURSUANT TO 28 U.S. 2241 PRE-TRIAL HABEAS SEEK DISCHARGE FROM HIS ILLEGAL CUSTODY OF THEE MARION COUNTY SHERIFF, ADULT DETENTION CENTER FOR THE FOLLOWING **LEGAL AND FACTUAL** REASONS;

PAGE (1) OF (7)

# FACTUAL ISSUE

(1.) ON 11/10/2022, MR. SIMS WAS CHARGE WITH DOMESTIC BATTERY (FS), BATTERY (FS), STRANGULATION (FS), DOMESTIC BATTERY (FS), BATTERY (FS), CRIMINAL CONFINEMENT WITH BODILY INJURY (FS), THEFT (MA), AND INTERFERENCE WITH THE REPORTING OF A CRIME (MA) UNDER CAUSE NUMBER 49D29-2211-FS-030522 FOR OFFENSES ALLEGED TO HAVE OCCURRED ON 11/04/2022 AND 11/05/2022.

A PROBABLE CAUSE WARRANT WAS ISSUED ON 11/10/2022. THAT WARRANT WAS SERVED BY U.S. MARSHALL ON 12/07/2022 AND MR. SIMS IS BEING HELD IN THE ADULT DETENTION CENTER WITH $100,000 BOND.

(2.) ON 11/16/2022 THEE PROBATION DEPT. ISSUE A WARRANT FOR ARREST WITH A NO BOND HOLD. UNDER CAUSE NO. 49D29-2109-F6-034974 FOR FAILURE TO REFRAIN FROM COMMITTING A NEW CRIMINAL OFFENSE.

(3) ON 12/09/2022 AT 10:30 AM IN MARION COUNTY CRIMINAL COURT #29 INITIAL HEARING WAS HELD.

PAGE (2) OF (7)

## FACTUAL AND ~~THE~~ LEGAL ISSUES
## ~~INADMISSIBLE HEARSAY~~

(4.)

The detainee urges the U.S. Marshalls served a body attachment warrant on 12/07/2022 by kicking down a 3rd party door located at 8315 Madison Ave, Indpls, IN 46227, without a search warrant for that address, which fall under a **warrantless entry into a home**. The detain urges he was denied his 4th Amendment rights, given it is a basic principle of thee 4th Amend law that searches are presumptively unreasonable". **Payton v. New York**, 445 U.S. 573 (1980).

— Which "The 4th Amend prohibits police from effectuating a warrantless and non-consensual entry into a suspects home to make routine felony arrest." **Howard v. Dickerson** 34 F.3d 978 (10th Cir. 1994) (citing Payton 445 U.S. at 576. "Even an arrest warrant does not give police carte blanche to enter any dwelling in search of the object of the warrant, while ~~such~~ a warrant permits entry into the suspects residence to effectuate an arrest, "entry into a third partys home for the same reason purpose requires a search warrant. **Welsh v. Wisconsin** 466 U.S. 740 (1984).

Page (3) of (7)

SEE 79 F.Supp.3d 888

THEE SUPREME COURT HAS CLARIFIED, THOUGH THAT AN ARREST WARRANT DOES NOT CARRY THEE AUTHORITY TO ENTER THE HOME OF THIRD PARTIES (IE. PEOPLE, LIKE BRANDI COOK, NOT NAMED IN THE ARREST WARRANT) STEAGALD V. UNITED STATES 451 U.S. 204 (1981), MASCORRO V. BILLINGS, 656 F.3d 1198. (10TH CIR. 2011)

(5)

### FACTUAL AND LEGAL ISSUES
### TWO: INADMISSIBLE HEARSAY
### PROBABLE CAUSE WARRANT

THEE DETAINEE MR. SIMS URGES HE WAS BEFORE AN MARION COUNTY JUDGE IN COURT ROOM #29 AN WAS HANDED PAPERS SUCH AS A CHARGING INFORMATION, PROBABLE CAUSE AFFIDAVIT, DATED FILED 11/10/2022, UNDER CAUSE NO. 49D29-2211-FS-030522, AND A MARION COUNTY PROBATION VIOLATION, DURING THEE INITAL HEARING, ALL PAPERS WERE NOT IN ANY WAY CERTIFIED, NO CERTIFICATION EXISTED, ON THEE PAPERS AND NO SEARCH WARRANT EXIST FOR THE 3RD PARTY HOME, THEE DETAINEE WAS ORDER DETAINEE ON INADMISSIBLE HEARSAY.

PAGE (4) OF (7)

WHEREFORE DETAINEE SEEK A DISCHARGE GIVEN LIGHT THEE SHERIFF IS ILLEGALY HOLDING HIM IN CUSTODY AT THEE ADULT DETENTION CENTER IN VIOLATION OF MR. SIMS CIVIL RIGHT's UNDER THEE 14th USCA GIVEN THEE ARREST WARRANT, PROBABLE CAUSE AFFIDAVIT, CASE REPORTS LACK CERTIFICATION OF THE CLERK OFFICE AND GIVEN THEE DETAINEE HAD A PREJUDICE INITIAL HEARING THAT DENY HIM DUE PROCESS OF LAW, DUE COURSE OF LAW AND HIS RIGHTS TO BE SECURED IN ALL DOCUMENT'S AFTER SUCH CRIMINAL HEARINGS. (SEE, FED. EVID. RULE 901 AND 902)

RESPECTFULLY
Antonio Sims
695 JUSTICE WAY
INDIANAPOLIS, IN 46203
ANTONIO SIMS,

## AFFIRMATION

I HEREBY AFFIRM UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING ALLEGATIONS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF ALL OF THE ABOVE EVENTS OCCURRED IN INDIANAPOLIS, MARION COUNTY STATE OF INDIANA.

_____
AFFIANT (ANTONIO SIMS)

_____
DATE

STATE OF INDIANA )
MARION COUNTY )

NOTARY PUBLIC FOR THE STATE OF INDIANA WITNESS AND SUBSCRIBE THIS DAY _____)

_____) _____)

_____   _____

_____   _____

_____

PAGE (6) OF (7)

CERTIFICATE OF SERVICE

I SERVED A COPY OF THEE DOCUMENT TO ATTQ GEN. BY MAIL BOX RULE TO 302 W. WASHINGTON ST, INDPLS, IND, 46204 BY PLACING MY PAPERS IN THE HAND OF ADC MAIL OFFICER ON 12-27-22

*[signature]*

PAGE (7) OF (7)