UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTONIO TERREALL SIMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 1:23-cv-00045-JMS-MG |
| | ) |
| MARION CO. SHERIFF ADULT DETENTION CENTER, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 3/2/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

ANTONIO TERREALL SIMS
2225528
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203